■ ONEIDA INDIAN NATION, Appellant, v THE PIKE COMPANY, INC., Respondent. [847 NYS2d 894]—Appeal from an order of the Supreme Court, Monroe County (Kenneth R. Fisher, J.), entered October 5, 2006 in a breach of contract action. The order granted defendant's cross motion for summary judgment dismissing the complaint and denied as academic plaintiff's motion to consolidate this action with another action.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Scudder, P.J., Hurlbutt, Fahey, Green and Pine, JJ.